

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00504-CR

Shaelan Derek **RODGERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2017-DCR-0796
Honorable Robert Hofmann, Judge Presiding

# O R D E R

The Motion for Pro se Access to Appellate Record is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.

_____
Keith E. Hottle
Clerk of Court